AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States International Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-mc-00085-CKK-RMM |
| MERLE W. RICHMAN, III, ESQ. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States International Trade Commission                                                                                    .

Date:     09/25/2023                                                    /s/ Houda Morad
                                                                                *Attorney's signature*

                                                                        Houda Morad (D.C. Bar No. 992567)
                                                                            *Printed name and bar number*

                                                                        U.S. International Trade Commission
                                                                                500 E. Street SW
                                                                            Washington, D.C. 20436

                                                                                *Address*

                                                                        houda.morad@usitc.gov
                                                                                *E-mail address*

                                                                            (202) 708-4716
                                                                            *Telephone number*

                                                                            (202) 205-3111
                                                                                *FAX number*