

Houda Morad
Attorney Advisor
Office of the General Counsel
(202) 708-4716
houda.morad@usitc.gov

# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.  20436

September 27, 2023

Hon. Robin M. Meriweather, Magistrate Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    *United States International Trade Commission v. Merle W. Richman, III, Esq.*
            Civil Case No. 1:23-mc-00085-CKK-RMM

Dear Judge Meriweather:

    This is to request expedited treatment for the petition for an order to enforce a subpoena and for an order to show cause filed by the United States International Trade Commission ("the Commission") on August 23, 2023, in the above-captioned miscellaneous action.

    Under 19 U.S.C. § 1337(b), the Commission is required to conclude its investigations "at the earliest practicable time."  The Commission typically completes its investigations within 16 months of institution, but administrative law judges ("ALJs") may modify the target date for completion of an investigation for "good cause."  *See* 19 C.F.R. § 210.51(a).

    In the underlying Commission investigation, *Certain Dermatological Treatment Devices and Components Thereof*, Investigation No. 337-TA-1356, the proceedings before the ALJ are well underway and the evidentiary hearing, scheduled for November 1, 2023, is approaching. Accordingly, the Commission respectfully requests that the Court expedite its petition for an order to enforce a subpoena and for an order to show cause.

    Thank you for your consideration.

                              Sincerely,

                              /s/ Houda Morad
                            Houda Morad