# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>MERLE W. RICHMAN, III, ESQ.<br><br>    Respondent. | Case No.: 23--mc-0085-CKK-RMM |

## NOTICE OF APPEARANCE OF GENE M. BURD

TO THE CLERK:

Please note the appearance of Gene M. Burd, of FisherBroyles LLP, on behalf of Respondent Merle W. Richman, III, Esq. in this matter.

Dated: October 10, 2023

FISHERBROYLES LLP

By: /s/ *Gene M. Burd*
Gene M. Burd (D.C. Bar No. 1004330)
1200 G Street NW
Suite 800
Washington, DC 20005
Telephone:   202.750.0529
gene.burd@fisherbroyles.com

*Counsel for Respondent Merle W. Richman, III, Esq.*

4861-9630-9637, v. 1