IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>MERLE W. RICHMAN, III, ESQ.<br><br>    Respondent. | Case No.: 23-mc-0085-CKK-RMM |

### DECLARATION OF MERLE W. RICHMAN, III, ESQ

I, MERLE W. RICHMAN, III, ESQ, hereby declare and state as follows:

1. I am over the age of 21 and am competent to make this Declaration.

2. This Declaration is made upon personal knowledge, information, or belief, and insofar as it is made upon information or belief, I believe the same to be true.

3. I submit this Declaration in support of my response to the Order to Show Cause. ECF No. 7.

4. I am a resident of the State of New Mexico.

5. I am duly admitted to practice law in the State of California.

6. My mailing address on the record with the State Bar of California is 10 Calle Del Caballo # 1142, Sandia Park, NM 87047.

7. Although I am a co-owner of the property at 8376 La Jolla Shores Drive, La Jolla, CA 92037, I do not presently reside there. I moved out from that address on or about May 1, 2023.

8. Until about May 1, 2023, I was employed at the University of California San Diego, Torrey Pines campus. I am no longer employed there.

9. I presently work for a federally funded research facility engaged in matters relating to U.S. national security. The facility is located on a military base with controlled access. No unauthorized person can enter the base or the facility, and I am unable to use my phone and personal email while on the base.

10. I was not present at 8376 La Jolla Shores Drive on May 2, May 4, May 7, May 8, or May 12, 2023, when the alleged service attempts were made.

11. In May of 2023 my underaged daughter lived at the 8376 La Jolla Shores Drive address with my wife.

12. My wife is a flight attendant on international flights and is typically away for work for several days at a time.

13. On or about May 7, 2023, my daughter was home alone. At that time, she was still a high school student. She called me and said that an unknown male was loudly banging on the garage doors. She told me that the male said that he needed to serve legal documents and that she was scared. I told her not to respond and not to open the door to anyone for safety's sake.

14. The address 11790 Carmel Creek Road, Unit 301, San Diego, CA 92130 is not my address. It is my client's address, which the client uses for its United States Patent and Trademark Office customer number address.

15. The address at 10616 Rancho Carmel Drive, San Diego, CA 92128 is that same client's former address.

16. The person depicted at https://collegiatewaterpolo.org/united-states-naval-academys-merle-richman/ is not me.

17. I was never contacted by the process server personally.

2

18. I never consented to be served with the subpoena by email, mail, or express delivery.

19. I categorically deny that I attempted to evade the service of the subpoena.

20. In light of my work situation, compliance with the subpoena will impose undue burden, and will be unreasonable, vexatious, and oppressive.

21. Additionally, most of the documents subject to the subpoena can be obtained from the parties to the pending ITC Action.

22. Furthermore, other than the patents' file histories that are publicly available online from the U.S. Patent Office, most of the documents and information requested in the subpoena are subject to attorney-client privilege.

Executed:    October 9, 2023

_____
MERLE W. RICHMAN, III, ESQ.