## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2023, I caused a true and correct copy of the attached **REPLY IN SUPPORT OF PETITION FOR AN ORDER TO ENFORCE SUBPOENA** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Houda Morad
Houda Morad
Attorney-Advisor
U.S. International Trade Commission
500 E Street SW
Washington, DC 20436
Tel:  (202) 708-4716
Email:  houda.morad@usitc.gov