**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>MERLE W. RICHMAN, III, ESQ.<br><br>    Respondent. | Case No.: 23--mc-0085-CKK-RMM |

## NOTICE OF APPEARANCE OF JACK L. WUERKER

TO THE CLERK:

Pursuant to LCvR 83.6(a), please enter the appearance of Jack L. Wuerker on behalf of Respondent in this matter.

Respectfully submitted,

Dated: December 22, 2023

FISHERBROYLES LLP

By: /s/ *Jack L. Wuerker*
Jack L. Wuerker (D.C. Bar No. 262089)
1200 G Street NW
Suite 800
Washington, DC 20005
Telephone:   (703) 980-7678
Jack.Wuerker@FisherBroyles.com

*Counsel for Respondent Merle W. Richman, III, Esq.*